IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| CYNTHIA W. TAYLOR, | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION NO.: CV215-006 |
| EQUIFAX INFORMATION SERVICES, LLC, | : | |
| Defendant. | : | |

## ORDER AND NOTICE OF
## PRETRIAL PROCEEDINGS

IT IS ORDERED that lead counsel for the parties in the above-captioned case shall prepare and file with the Clerk of this Court a joint consolidated proposed pretrial order. The pretrial order shall be in the format for Chief District Judge Lisa Godbey Wood. The required form can be located at the Court's website www.gas.uscourts.gov under "forms." The proposed pretrial order shall be filed on or before **August 14, 2015**. Counsel for the Plaintiff shall have the responsibility to initiate compliance herewith. A party's failure to comply with the requirements hereof may result in dismissal of the Complaint, striking of the Answer, or in other sanctions determined appropriate by the Court. If any party in this case is not represented by counsel, such party shall be obligated to comply with the requirements hereof in the same manner as counsel.

IT IS FURTHER ORDERED that this case will be scheduled by the Clerk for a pretrial conference. At the time of the pretrial conference, the Court will approve, disapprove, or direct amendment of the proposed pretrial order. Lead counsel for each party shall attend the pretrial conference.

The parties shall attempt to resolve evidentiary objections and potential motions in limine well in advance of the pretrial conference. Any evidentiary objections and motions in limine which have not been resolved prior to the pretrial conference shall be submitted in writing **at least five (5) days** prior to the pretrial conference. All responses thereto shall be submitted within **fourteen (14) days** of the filing of the objection or motion.

Proposed pretrial orders which are not consolidated (proposed jointly) will not be accepted for filing without the written permission of the Court.

**SO ORDERED**, this 19th day of February, 2015.

_____
R. STAN BAKER
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA