IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| CYNTHIA W. TAYLOR, | * | |
| Plaintiff, | * | |
| v. | * | CIVIL ACTION NUMBER: |
| | * | CV215-0006 |
| EQUIFAX INFORMATION SERVICES, LLC., GEORGIA POWER COMPANY, | * | |
| Defendant. | * | |

## ORDER

The Plaintiff having moved to dismiss the case against EQUIFAX INFORMATION SERVICES, LLC., said Motion is hereby GRANTED. The action against EQUIFAX INFORMATION SERVICES, LLC. is dismissed with prejudice. This action shall continue as to the Defendant GEORGIA POWER COMPANY.

On this the 11 day of December, 2015.

UNITED STATES DISTRICT COURT, JUDGE
SOUTHERN DISTRICT OF GEORGIA,
BRUNSWICK DIVISION